UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY LOUISE FORD,<br><br>           Petitioner,<br><br>  v.<br><br>D. K. JOHNSON, Warden,<br><br>           Respondent. | NO. EDCV 12-2227-AB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 16, 2015

_____
ANDRÉ BIROTTE JR.
United States District Judge